UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY VALENTINO GRISSOM,<br><br>    Plaintiff,<br><br>    v.<br><br>MODESTO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:21-cv-1449 JAM CKD (PS)<br><br>ORDER |

    Plaintiff has filed a pro se civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in the City of Modesto, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Pursuant to this rule, this action will be transferred to the Fresno Division of the court.

    Good cause appearing, IT IS HEREBY ORDERED:

    1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

////

1

    2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

    3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: August 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.grissom.1449.22Fresno